**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000287
15-DEC-2022
07:57 AM
Dkt. 51 OAWST**

NO. CAAP-22-0000287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MMP, Plaintiff-Appellee, v.
MAP, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DA NO. 17-1-0241)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed October 31, 2022, by Defendant-Appellant MAP, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed under Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, December 15, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge